UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER STARNES,

    Plaintiff,

v.                                                 Case No: 8:20-cv-3001-KKM-AAS

CHRISTOPHER NOCCO et al.,

    Defendants.
_____

## ORDER

Christopher Starnes, along with many other plaintiffs, joined a suit alleging Defendants were engaged in racketeering. *See Squitieri v. Nocco*, 8:19-cv-906. The Court severed that action, requiring Starnes to pursue his claims separately from the other plaintiffs. As such, Starnes initiated the instant action, ultimately bringing racketeering and constitutional claims. (Doc. 17.) The Court dismissed his Amended Complaint with prejudice. (Doc. 26.) Defendants then moved for sanctions against Starnes's attorneys under 28 U.S.C. § 1927. (Doc. 28.) For the reasons stated in this Court's recent order in *Squitieri*, the Court grants Defendants' motion. 8:19-cv-906 (Doc. 226). As such, Starnes's attorneys are liable for the "excess costs, expenses, and attorneys' fees reasonably incurred" by Defendants in responding to Starnes's Amended Complaint. § 1927.

Accordingly, the following is **ORDERED:**

1. Defendants' Motion on Entitlement to Attorneys' Fees is **GRANTED** (Doc. 28.) Specifically, Starnes's counsel, John McGuire and Luke Lirot, are jointly and severally liable for the attorney's fees Defendants reasonably incurred responding to Starnes's Amended Complaint.

2. The Court **DIRECTS** Defendants under Local Rule 7.01(c) to file a Supplemental Motion on Amount within forty-five days of this Order.

**ORDERED** in Tampa, Florida, on April 18, 2022.

Kathryn Kimball Mizelle
United States District Judge